Case 1:13-cv-00657-PGG-HBP Document 338 Filed 08/08/19 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MARTIN HILTI FAMILY TRUST,<br><br>     Plaintiff,<br><br> -against-<br><br>KNOEDLER GALLERY, LLC, d/b/a KNOEDLER & COMPANY, ANN FREEDMAN, MICHAEL ARMAND HAMMER, 8-31 HOLDINGS, INC., GLAFIRA ROSALES, JOSE CARLOS BERGANTINOS DIAZ, JESUS ANGEL BERGANTINOS DIAZ, and PEI SHEN QIAN,<br><br>     Defendants. | ECF CASE<br><br>No. 13 Civ. 0657 (PGG) (HBP)<br><br>**ORDER AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among undersigned counsel for The Martin Hilti Family Trust, 8-31 Holdings, Inc., Michael Armand Hammer and Knoedler Gallery, LLC (collectively, the "Stipulating Parties") that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned action against 8-31 Holdings, Inc., Michael Armand Hammer and Knoedler Gallery, LLC is voluntarily dismissed with prejudice. Each Stipulating Party shall bear its own costs and attorneys' fees.

This Stipulation may be signed by the Stipulating Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile or electronic copy of this Stipulation shall be deemed an original.

62425149.3

Dated: July 31, 2019

PRYOR CASHMAN LLP

By: _____
James A. Janowitz
William L. Charron

7 Times Square
New York, New York 10036
(212) 421-4100

*Attorneys for Plaintiff
The Martin Hilti Family Trust*

NORTON ROSE FULBRIGHT US LLP

By: _____
Charles D. Schmerler

1301 Avenue of the Americas
New York, New York 10019
(212) 318-3000

*Attorneys for Defendants Knoedler Gallery,
LLC, 8-31 Holdings, Inc. and Michael
Armand Hammer*

WINSLETT STUDNICKY
McCORMICK & BOMSER LLP

By: _____
James H. Neal

6 East 39th Street
New York, New York 10016
(646) 583-0765

*Attorneys for Defendants 8-31 Holdings,
Inc. and Michael Armand Hammer*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____
Luke Nikas

51 Madison Avenue

New York, New York 10010

(212) 849-7000

*Attorneys for Defendant Knoedler Gallery,
LLC*

SO ORDERED:

_____
Hon. Paul G. Gardephe
*United States District Judge*

August 8, 2019

62425149.3

Page 2